**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-2372

TONITA HALL,

                    Plaintiff - Appellant,

          v.

UNITED STATES DEPARTMENT OF EDUCATION; OFFICE OF INSPECTOR
GENERAL DEPARTMENT OF EDUCATION; FSA OMBUDSMAN U.S.
DEPARTMENT OF EDUCATION; NORTHERN VIRGINIA COMMUNITY
COLLEGE; SALLIE MAE,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:09-cv-01340-CMH-IDD)

Submitted:  April 28, 2011                Decided:  May 2, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tonita Hall, Appellant Pro Se.  Deirdre Gaudet Brou, Special
Assistant United States Attorney, Alexandria, Virginia; Paul
Kugelman, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA,
Richmond, Virginia; Elizabeth Shattuck Finberg, Vienna,
Virginia; Amy Sanborn Owen, COCHRAN & OWEN, LLC, Vienna,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tonita Hall appeals the district court's order granting Defendants' motions to dismiss and dismissing Hall's civil action. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Hall's informal brief does not challenge the basis for the district court's disposition, Hall has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. Further, we deny as moot the pending motion for an extension of time to file Hall's informal brief, and deny the pending motions for a restraining order and for waiver of copying and mail fees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>